**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:    **Melinda Rae Rothenberger**

Case No.: **26−51669−sms**
Chapter:  **7**
Judge:  **Sage M. Sigler**

### *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 2/6/26 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 2/13/26**
None Apply

**To be Filed by 2/20/26**
Statement of Financial Affairs (Official Form B107)
Schedule A/B (Official Form B106A/B)
Schedule C (Official Form B106C)
Schedule E/F (Official Form B106E/F)
Schedule G (Official Form B106G)
Schedule H (Official Form B106H)
Schedule I (Official Form B106I)
Schedule J (Official Form B106J)
Attorney Disclosure of Compensation Form (Official Form B2030)
Chapter 7 Statement of Your Current Monthly Income (Form B122 A−1) and, if applicable, Chapter 7 Means Test Calculation (Form B122 A−2)
Certificate of Credit Counseling
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation.

**To be filed by 3/9/26**
Statement of Intention (Official Form B108)

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on February 9, 2026.

Sage M. Sigler
United States Bankruptcy Judge

Form 430b December 2018