**United States Bankruptcy Court**
**Northern District of Georgia**

In re  Melinda Rae Rothenberger

Debtor

Case No.
Chapter  13

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, _____ hereby certify that during the 60 day period preceding the hereby certify that during the 60 day filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

[ ] I am unemployed; or

[ ] I am self-employed; or

[ ] My employer did not provide pay stubs.

[✓] Other

Although I work under another lender, I am a commission only employee. I do not receive a salary or hourly wages. I am considered self employed earning commissions from self generate business.

Date  2/23/26                        Signature  /s/ Melinda Rothenberger