**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: | Chapter 7 |
| **MELINDA RAE ROTHENBERGER** | Case No. 26-51669-sms |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE THAT William A. Rountree of the law firm Rountree Leitman Klein & Geer, LLC, hereby enters his appearance as counsel for John Murphy in this bankruptcy case and requests that notices be provided at the following address:

William A. Rountree, Esq.
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
wrountree@rlkglaw.com

This 9th day of March 2026.

Respectfully submitted,

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

/s/ *William A. Rountree*
William A. Rountree, Ga. Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
wrountree@rlkglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **Notice of Appearance** via Statutory Electronic Service on the following parties:

**S. Gregory Hays**
ghays@haysconsulting.net, saskue@haysconsulting.net; GA32@ecfcbis.com

**Jeffrey M. Heller**
jeff@jeffhellerlaw.com, R55006@notify.bestcase.com; bkparalegal@jeffhellerlaw.com

**Office of the United States Trustee**
ustpregion21.at.ecf@usdoj.gov

and via U.S. First Class Mail to the party as indicated below:

**BMW Financial Services NA, LLC**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

/s/ *William A. Rountree*
William A. Rountree, Ga. Bar No. 616503