**IT IS ORDERED as set forth below:**

**Date: May 12, 2026**

_Sage M. Sigler_

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In Re:

**MELINDA RAE ROTHENBERGER,**

    Debtor.

**CASE NO. 26-51669-SMS**

**CHAPTER 7**

**CONSENT ORDER GRANTING MOTION**
**FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

On May 11, 2026, John Murphy (the "**Movant**"), by and through Movant's counsel, filed

a *Motion for Extension of Deadline to File Complaint to Determine Dischargeability of Debt*

*and/or Discharge* [Doc. 30] (the "**Motion**").  The Motion seeks to extend the time within which

the Movant may file a complaint objecting to the dischargeability of debt pursuant to 11 U.S.C.

§ 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 727. The Debtor, by

and through Debtor's counsel, has consented to the entry of this Order extending the time requested. Therefore, it is hereby

ORDERED that the time within which the Movant may file a complaint objecting to the dischargeability of debt pursuant to 11 U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 727 is hereby extended through and including July 10, 2026.

**[END OF ORDER]**

**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Jonathan Clements*
Jonathan Clements
Georgia Bar No. 130051
Century Plaza I, 2987 Clairmont Road
Suite 350
Atlanta, GA 30329
(404) 584-1238
jclements@rlkglaw.com
*Counsel for John Murphy*

**Consented to by:**

**JM HELLER, ATTORNEY AT LAW, PC**

*/s/ Jeffrey M. Heller*    *(signed with express permission)*
Jeffrey M. Heller
Georgia Bar No. 344105
291 Jarvis St
Canton, GA 30114
(770) 345-1130
jeff@jeffhellerlaw.com
*Counsel for the Debtor*

## Distribution List

Melinda Rae Rothenberger
1223 Old Lathemtown Road
Canton, GA 30115

Jeffrey M. Heller
J. M. Heller, Attorney At Law, P.C.
291 Jarvis Street
Canton, GA 30114

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305