**IT IS ORDERED as set forth below:**

**Date: May 12, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                        CHAPTER 7

MELINDA RAE ROTHENBERGER,                    CASE NO. 26-51669 - SMS

DEBTOR.

**CONSENT ORDER GRANTING EXTENSION OF DEADLINES**

On May 11, 2026, the United States Trustee filed and served his *Motion for Extension of Time*, Dkt. No. 31 (the "Motion"), seeking to extend the deadline under Federal Rule of Bankruptcy Procedure 1017(e) to file a motion under section 707, as well as to extend the deadline under Federal Rule of Bankruptcy Procedure 4004(b) for filing a complaint objecting to discharge under section 727.

The Court has considered the Motion and all other matters of record, including Debtor's consent to the relief sought in the Motion. Based on the foregoing, and no further notice or hearing being required, the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**; the deadline for the United States Trustee to file a motion under section 707 and the deadline for the United States Trustee to file a complaint under section 727 are both **EXTENDED** to July 10, 2026; it is further

**ORDERED** that, in the event this case is converted to chapter 13 and later reconverted to chapter 7, the deadline for the United States Trustee to file a motion to dismiss pursuant to section 707(b) shall be the date that is 90 days after entry of the order reconverting the case to chapter 7.

**[END OF DOCUMENT]**

**Prepared and Submitted by:**                    **Consented to by:**

                                                  **Melinda Rae Rothenberger**
                                                  *Debtor*

*/s/Adriano Omar Iqbal*                           By:  */s/Jeffrey M. Heller\**
Adriano Omar Iqbal                                Jeffrey M. Heller
Georgia Bar No. 217122                            Georgia Bar No. 344105
United States Department of Justice               JM Heller, Attorney at Law, PC
Office of the United States Trustee               291 Jarvis Street
362 Richard B. Russell Building                   Canton, GA 30114
75 Ted Turner Drive, S.W.                         (770) 345-1130
Atlanta, Georgia 30303                            jeff@jeffhellerlaw.com
(404) 331-4488
adriano.o.iqbal@usdoj.gov                         ***Signed by A. Iqbal with express permission*

**Distribution List:**

All parties on the mailing matrix in this case.