IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :   CHAPTER 7
                                                :
MELINDA RAE ROTHENBERGER,                        :   CASE NO. 26-51669-SMS
                                                :
                                                :
        Debtor(s);                              :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - -     :   - - - - - - - - - - - - - - - - - - - - - -
                                                :
FINANCIAL SERVICES VEHICLE TRUST                :   CONTESTED MATTER
                                                :
                                                :
        Movant,                                 :
                                                :
                                                :
Vs.                                             :
                                                :
MELINDA RAE ROTHENBERGER, Debtor(s);            :
S. GREGORY HAYS, Trustee;                        :
                                                :
        Respondent(s).                          :
                                                :

**NOTICE OF HEARING**

        **PLEASE TAKE NOTICE** that **Financial Services Vehicle Trust** has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

        **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **MOTION FOR RELIEF FROM AUTOMATIC STAY** at **10:00 A.M.** on **July 08, 2026**, in Courtroom **1201, 75 Ted Turner Drive, S.W. Atlanta, GA 30303** , which must be attended in person, unless the Court orders otherwise.

        Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW,

1

Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

       If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: <u>June 17, 2026</u>

Signature: <u>/s/ Philip Rubin</u>
Philip Rubin, GA Bar No. 618525
5555 Glenridge Connector, Ste. 900
Atlanta, GA, 30342
Phone: (404) 869-6900
Email: prubin@lrglaw.com
Attorney for Financial Services Vehicle Trust

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2026, I electronically filed the foregoing Motion for Relief from Stay and Notice of Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

> Jeffrey M. Heller - jeff@jeffhellerlaw.com
> S. Gregory Hays - ghays@haysconsulting.net
> Office of the United States Trustee - ustpregion21.at.ecf@usdoj.gov

I further certify that on this day I caused a copy of this document to be served via UNITED STATES FIRST CLASS MAIL on the following parties at the address shown for each.

Dated: June 17, 2026

Melinda Rae Rothenberger
1223 Old Lathemtown Road
Canton, GA 30115


/s/ Philip Rubin
Philip Rubin

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MELINDA RAE ROTHENBERGER, | : | CASE NO. 26-51669-SMS |
| | : | |
| Debtor(s); | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - | : | - - - - - - - - - - - - - - - - - - - - - - - - |
| | : | |
| FINANCIAL SERVICES VEHICLE TRUST | : | CONTESTED MATTER |
| | : | |
| Movant, | : | |
| | : | |
| Vs. | : | |
| | : | |
| MELINDA RAE ROTHENBERGER, Debtor(s); | : | |
| S. GREGORY HAYS, Trustee; | : | |
| | : | |
| Respondent(s). | : | |
| | : | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

NOW COMES Financial Services Vehicle Trust (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1.

On February 06, 2026, Melinda Rae Rothenberger ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 7, and said case is pending before this Court.

1

2.

Movant has a claim in this case secured by a first priority lien against Debtor's vehicle: **2024 BMW 7 Series Sedan 4D 760i AWD 4.4L V8 Turbo Hybrid,** VIN: **WBA33EJ07RCT09425** (the "Collateral"). Copies of the Lease Agreement and Certificate of Title are attached hereto as Exhibits "A" and "B", respectively. The payoff amount is $110,579.54 as of June 16, 2026.

3.

The estimated replacement value a retail merchant would charge for the Collateral is $87,050.00. A copy of the vehicle valuation is attached hereto as Exhibit "C."

4.

Debtor is under direct payment defaults to Movant pursuant to the Lease Agreement.

5.

Debtor has failed to make payments for 4 month(s) at the contractual rate of   $2,272.91 per month for a total arrearage amount of $9,091.64. A copy of the payment history is attached as Exhibit "D".

6.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

7.

Movant has no proof of full coverage insurance protecting its interest in the Collateral.

WHEREFORE, Movant prays that this Court:

(a)     Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. § 362(e);

(b)     Grant Movant relief from the automatic stay under 11 U.S.C. § 362(d) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case;

2

(c)  Rule 4001(a)(4) be waived; and

(d)  Grant such other and further relief as the Court deems to be just and proper.

This June 17, 2026.

                                        Respectfully Submitted:
                                        The Law Office of
                                        Lefkoff, Rubin, Gleason &
                                        Russo
                                        Attorneys for Movant


                                        By: /s/ Philip Rubin
                                        Philip Rubin
                                        GA Bar No. 618525

5555 Glenridge Connector
Ste. 900
Atlanta, GA 30342
(404) 869-6900 (Tel)
(404) 869-6909 (Fax)
prubin@lrglaw.com

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                        :        CHAPTER 7
                                              :
MELINDA RAE ROTHENBERGER,                     :        CASE NO. 26-51669-SMS
                                              :
                                              :
        Debtor(s);                            :
                                              :
- - - - - - - - - - - - - - - - - - -         :        - - - - - - - - - - - - - - - - - - - -
                                              :
FINANCIAL SERVICES VEHICLE TRUST              :        CONTESTED MATTER
                                              :
                                              :
        Movant,                               :
                                              :
Vs.                                           :
                                              :
MELINDA RAE ROTHENBERGER, Debtor(s);          :
S. GREGORY HAYS, Trustee;                     :
                                              :
                                              :
        Respondent(s).                        :
                                              :
                                              :

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the MOTION FOR RELIEF FROM

AUTOMATIC STAY and NOTICE OF HEARING on the following parties shall be served via 1)

electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the

United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Melinda Rae Rothenberger
1223 Old Lathemtown Road
Canton, GA 30115

1

Jeffrey M. Heller
J.M. Heller Attorney at Law
291 Jarvis Street
Canton, GA 30114

S. Gregory Hays
Suite 555, 2964 Peachtree Road
Atlanta, GA 30305
ghays@haysconsulting.net

Office of the United States Trustee
362 Richard Russell Building,
75 Ted Turner Drive, SW
Atlanta,GA 30303
ustpregion21.at.ecf@usdoj.gov


     This June 17, 2026.

                                 Respectfully Submitted:
                                 The Law Office of
                                 Lefkoff, Rubin, Gleason & Russo
                                 Attorneys for Movant

                                 By: /s/ Philip Rubin
                                 Philip Rubin
                                 GA Bar No. 618525

2